## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Geraldine Burks <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 16-23680 CMB |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO NATIONAL CITY REAL ESTATE SERVICES, LLC, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE INC., FORMERLY KNOWN AS NATIONAL CITY MORTGAGE CO., and index same on the master mailing list.

Re: Loan # Ending In: 7893

                                  Respectfully submitted,

                                  **/s/ Joshua I. Goldman, Esquire**
                                  Joshua I. Goldman, Esquire
                                  jgoldman@kmllawgroup.com
                                  Attorney I.D. No. 205047
                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106
                                  Phone: 215-825-6306
                                  Fax: 215-825-6406
                                  Attorney for Movant/Applicant