MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __BURKS_____ JAD/TPA/(CMB)/GLT
Date of Meeting: 11/21/16
Case Number: 16-23680  Recording # 16
Debtor(s) present _X_ or Not Present___ (__No Payments Made or___ partial payments)
Attorney for debtor(s) __Burdelski_____ (Present _✓_ or Not Present___)
Date of Plan at § 341: __10-14-16__ Applicable commitment period _✓_ 3 yrs ___ 5 yrs

*Sherell Burks w/ power of atty - Court allowed her to appear in place of D.
Need copies of tax returns
Copies of 2 m.o.'s presented

FILED
2016 NOV 23 P 2:45
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

_____ Meeting HELD and CONCLUDED                Need copies of tax returns
_✓_ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD                          _____ Order to Show Cause Requested
                                                _____ To be rescheduled by Clerk
_✓_ Confirmation Order recommended _____ Final _✓_ Interim
_____ Amended Plan due:_____; Objections due:_____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_✓_ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
_____ Continued to:
        _✓_ 341 Meeting    OR    _✓_ Conciliation Conf. OR __ *Contested Hearing
On __4-13-17_____ at __10:00__ am/pm Location __3257 US Steel Tower__

_____
Chapter 13 Trustee/Attorney for Trustee