Certificate Number: 15111-PAW-DE-028603622

Bankruptcy Case Number: 16-23680



15111-PAW-DE-028603622

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 11, 2017</u>, at <u>12:20</u> o'clock <u>PM EST</u>, <u>Geraldine Burks</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>January 11, 2017</u>               By:    <u>/s/Stephanie Sandison for Ryan McDonough</u>

Name:  <u>Ryan McDonough</u>

Title:  <u>Executive Director of Education</u>