**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | | |
|    Geraldine Burks ) | Hearing Date 2/22/17 | |
| ) | Hearing Time @10:00am | |
| Geraldine Burks ) | Case No. 16-23680-CMB | |
|    Debtor/Movant ) | Chapter 13 | |
|    v. ) | Response due date: 1/20/17 | |
| PORTFOLIO RECOVERY ASSOCIATES LLC ) | RAB-1 | |
|    Creditor/Respondent ) | Filed under Local Bankr. | |
| ) | Rule 9013.4  6(a) | |

**CERTIFICATE OF NO OBJECTION**
**ON THE DEBTOR'S MOTION OBJECTING TO CLAIM OF PORTFOLIO**
**RECOVERY ASSOCIATES LLC**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the [Application/Motion] filed on 1/02/17_ has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and that no answer, objection or other responsive pleading to the [Application/Motion] appears thereon.  Pursuant to the Notice of Hearing, objections to the [Application/Motion] were to be filed and served no later than ____1/20/17____.

It is hereby respectfully requested that the Order attached to the [Application/Motion] be entered by the Court.

Respectfully submitted,

BURDELSKI LAW OFFICES

DATE__1/21/17                    __/s/Russell A. Burdelski, Esquire_____
                                                          R. Burdelski, Esquire
                                                          Burdelski Law Offices
                                                          1020 Perry Highway
                                                          Pittsburgh, PA 15237
                                                          atyrusb@choiceonemail.com
                                                          (412) 362-1511
                                                          PA I.D. # 72688