**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Geraldine Burks    ) | Chapter 13 |
|                Debtor(s)                    ) | Case Number 16-23680-CMB |
|                                                    ) | |
| Geraldine Burks, Debtor(s)    ) | |

**CERTIFICATE OF SERVICE OF ORDER STRIKING CLAIM 4-1 AS VOID**

    I certify under penalty of perjury that I have served a copy of the Debtors Order Striking claim 4-1 as Void filed with this proceeding on January 24, 2017,

    The type of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **FIRST CLASS US MAIL**

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First Class Mail."

Service on the Trustee, Ronda Winnecour, and respondent(s) at (list the names and addresses here):

    **Portfolio Recovery Associates
    Attn: Steven D. Frederickson, CEO
    130 Corporate Blvd
    Norfolk, VA 23502**

Executed on January 24, 2017

    ___/s/Russell A. Burdelski, Esquire_
    R. Burdelski, Esquire
    Burdelski Law Offices
    1020 Perry Highway-
    Pittsburgh, PA 15237
    (412) 366 - 1511
    atyrusb@choiceonemail.com
    PA I.D. # 72688

_____January 24, 2017_____DATE