# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| _Geraldine Burks_ ) | Hearing Date 2/22/17 |
| ) | Hearing Time@10:00am |
| Geraldine Burks ) | Case No. 16-23680-CMB |
| Debtor/Movant ) | Chapter 13 |
| v. ) | Response due date: 1/20/17 |
| PORTFOLIO RECOVERY ASSOCIATES LLC ) | RAB-1 |
| Creditor/Respondent ) | Filed under Local Bankr. |
| ) | Rule 9013.4  6(a) |

## CERTIFICATE OF SERVICE

I, _Russell A. Burdelski, Esquire_____ certify under penalty of perjury that I have served the above captioned pleadings AS WELL AS THE NOTICE OF HEARING, on the parties at the addresses on the attached matrix OR those listed below on ____1/02/17_____ by _____US Mail_____.

**PORTFOLIO RECOVERY ASSOCIATES LLC**
Attn:  Steven D. Fredrickson, CEO
130 Corporate Blvd
Norfolk, VA 23502

    **via regular US Mail**


Ronda Winnecour
Chapter 13 Trustee, W.D. PA
Ste 3251, USX Tower
600 Grant Street
Pittsburgh, PA 15219
    **via CM/ECT email noticing**

DATE__January 4, 2017                   __/s/Russell A. Burdelski, Esquire_____
                                                                    R. Burdelski, Esquire
                                                                    Burdelski Law Offices
                                                                    1020 Perry Highway
                                                                    Pittsburgh, PA 15237
                                                                    atyrusb@choiceonemail.com
                                                                    (412) 362-1511
                                                                     PA I.D. # _72688_