**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | | |
|    Geraldine Burks                        ) | Hearing Date 3/22/17 | |
| ) | Hearing Time@10:00am | |
| Geraldine Burks ) | Case No. 16-23680-CMB | |
|    Debtor/Movant ) | Chapter 13 | |
|    v. ) | Response due date: 2/21/17 | |
| PORTFOLIO RECOVERY ASSOCIATES LLC ) | RAB-1 | |
|    Creditor/Respondent ) | Filed under Local Bankr. | |
| ) | Rule 9013.4  6(a) | |

**<u>CERTIFICATE OF NO OBJECTION
ON THE DEBTOR'S MOTION OBJECTING TO CLAIM OF PORTFOLIO
RECOVERY ASSOCIATES LLC</u>**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the [Application/Motion] filed on 2/03/17_ has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and that no answer, objection or other responsive pleading to the [Application/Motion] appears thereon.  Pursuant to the Notice of Hearing, objections to the [Application/Motion] were to be filed and served no later than ____2/21/17____.

It is hereby respectfully requested that the Order attached to the [Application/Motion] be entered by the Court.

                                      Respectfully submitted,

                                      BURDELSKI LAW OFFICES

DATE__2/22/17              __/s/Russell A. Burdelski, Esquire_____
                                      R. Burdelski, Esquire
                                      Burdelski Law Offices
                                      1020 Perry Highway
                                      Pittsburgh, PA 15237
                                      atyrusb@choiceonemail.com
                                      (412) 362-1511
                                      PA I.D. # <u>72688</u>