## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Geraldine Burks ) | Chapter 13 |
| Debtor(s) ) | Case Number 16-23680-CMB |
| ) | |
| Geraldine Burks, Debtor(s) ) | |

### CERTIFICATE OF SERVICE OF ORDER AND NOTICE SETTING HEARING FOR RESPONSE ON MOTION TO VACATE ORDER

I certify under penalty of perjury that I have served a copy of the Debtors Order and Notice setting Hearing for Response on Motion to Vacate Order filed with this proceeding on March 23, 2017,

The type of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **FIRST CLASS US MAIL**

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First Class Mail."

Service on the Trustee, Ronda Winnecour, and respondent(s) at (list the names and addresses here):

**Capital One, NA**
**c/o Richard Fairbank, CEO**
**1680 Capital One Drive**
**McLean, VA 22102-3491**

Executed on March 23, 2017

___/s/Russell A. Burdelski, Esquire_
R. Burdelski, Esquire
Burdelski Law Offices
1020 Perry Highway-
Pittsburgh, PA 15237
(412) 366 - 1511
atyrusb@choiceonemail.com
PA I.D. # 72688

_____March 23, 2017_____DATE