UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: **GERALDINE BURKS** ) | Case No 16-23680-CMB |
| ) | Chapter 13 |
| Debtor(s), ) | Filed Under Local Rule |
| ) | 9013.4 6(b) |
| **GERALDINE BURKS** ) | RAB-5 |
| Debtor(s) ) | Hearing Date 4/12/17@_10:00am |
| v. ) | |
| Portfolio Recovery Associates ) | |
| Creditor/Respondent ) | Response Due 4/06/17 |
| Ronda Winnecour ) | |
| Trustee | |

## CERTIFICATE OF NO OBJECTION
## ON THE MOTION TO AVOID LIEN

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the [Application/Motion] filed on _3/20/17___ has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and that no answer, objection or other responsive pleading to the [Application/Motion] appears thereon. Pursuant to the Notice of Hearing, objections to the [Application/Motion] were to be filed and served no later than ___4/06/17____.

It is hereby respectfully requested that the Order attached to the [Application/Motion] be entered by the Court.

BURDELSKI LAW OFFICES

DATE__4/07/17                        __/s/Russell A. Burdelski, Esquire_____
                                     R. Burdelski, Esquire PA I.D. # 72688
                                     BURDELSKI LAW OFFICES
                                     1020 Perry Highway
                                     Pittsburgh, PA 15237
                                     (412) 366-1511    atyrusb@choiceonemail.com