# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**_Conciliation Conference:_**

| | |
|---|---|
| Debtor: | GERALDINE BURKS |
| Case Number: | 16-23680-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, APRIL 13, 2017 10:00 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
4/17/17 8:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**_Matter:_**

#62 Amended Plan Dated 2/22/2017  (NFC)
R / M #:   62 / 0

**_Appearances:_**

Debtor: _Burdelski_ (signature)
Trustee: Winnecour / Bedford / Pail / Katz
Creditor:

**_Proceedings:_**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **6/8/17** at **2:30 pm**

    *Con't for updated calc.*

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Also need confirmation on status of objection to claim of Portfolio Recovery cl #6*

4/6/2017    1:22:33PM