# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | GERALDINE BURKS | | |
| **Case Number:** | 16-23680-CMB | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, JUNE 08, 2017 02:30 PM | 3251 US STEEL | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | | |

FILED
6/9/17 2:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#62 - Continued Confirmation of Plan Dated 2/22/2017 (NFC)
**R / M #:**  62 / 0

### *Appearances:*

Debtor:   *Bordelski*
Trustee:  Winnecour / Bedford / Pail / Katz

Creditor:

### *Proceedings:*

Outcome:

*Amended plan filed 6/7. Continued for Service.*

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____
7. ___✓___ Plan/Motion continued to _8/3/17_ at _2:30 pm_
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set  for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

6/2/2017    11:27:21AM