# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** GERALDINE BURKS
**Case Number:** 16-23680-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, AUGUST 03, 2017 02:30 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
8/7/17 10:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#82 - Amended Plan Dated 2/22/2017 (NFC)
(As of 7/26/2017, Amended Plan Appears Unserved)
R / M #: 62 / 0

### Appearances:

Debtor: _Bordelsh_ (signature)
Trustee: Winnecour / Bedford / Pail / **Katz** (circled)
Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 9/7/17 at 10:00 AM.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

7/26/2017    3:41:24PM