**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Geraldine Burks            ) | |
| _____ ) | Chapter 13 |
|                                  ) | Case Number 16-23680-CMB |
| Geraldine Burks                  ) | |
|     Debtor/movant                ) | Hearing Date.:  10/25/17 @ 10:00am |
|             v.                   ) | |
|                                  ) | |
| Portfolio Recovery Associates, LLC ) | |
|     Creditor/respondent          ) | |

**CERTIFICATE OF SERVICE**.

    I CERTIFY under penalty of perjury that I am and at all times hereafter mentioned was, more than 18 years of age and the on the 12th day of September, 2017 that I have served a copy of the Order scheduling a hearing in regards to the Motion to Vacate the Order Striking Claim 6-1 on the parties at the address specified below on 9/12/17.  The actual motion itself was served when filed on 9/08/17.

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or other type of service) was:  **First Class US Mail**

If more than one method of service was employed, this certificate of service groups the parties by type of service.

**Executed On:** 9/12/17

Executed on

    **Portfolio Recovery Associates, LLC
Attn: Steven D. Frederickson, CEO
130 Corporate Blvd
Norfolk, VA 23502**

    ___/s/Russell A. Burdelski, Esquire_
R. Burdelski, Esquire PA I.D. # 72688
Burdelski Law Offices
1020 Perry Highway
Pittsburgh, PA 15237
(412) 366 - 1511
atyrusb@choiceonemail.com

_____September 12, 2017_____DATE