UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  **GERALDINE BURKS** ) | Case No. 16-23680-CMB |
| ) | Chapter 13 |
| Debtor, ) | Filed Under Local Rule |
| ) | 9013.4 6(b) |
| Russell A. Burdelski, Esquire ) | RAB-5 |
| Applicant ) | Hearing Date _10/25/17@_10:00am |
| ) | |
| ) | Response Due 9/25/17 |
| No Respondent ) | |

# ENTERED BY DEFAULT

## ORDER OF COURT

AND NOW, to wit, this __27th__ day of __September__, 20 __17__

the **APPLICATION OF RUSSELL A. BURDELSKI, ESQUIRE FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR** is approved in the amount of $_4,612.32____, which represents $4,475.00_ in attorney's fees and $_137.32____ in costs for the time period of 9/07/16 to 9/08/17. Debtor's counsel has already been approved to be paid $4000.00 to date (*i.e. $1,000.00 retainer and $3000 through the plan*), and the balance of $4,612.32 remains and shall be paid by the Chapter 13 Trustee to the extent provided for in the confirmed Chapter 13 Plan. Thus, the grand total of all fees and costs thus far are as follows:  $1,000.00 + $3000.00 + $4,612.32 = $8,612.32.

By the Court

FILED
9/27/17 11:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_
_____ dms
United States Bankruptcy Judge

Atyrusb@choiceonemail.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Geraldine Burks  
    Debtor

Case No. 16-23680-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 1     Date Rcvd: Sep 27, 2017  
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2017.  
db         +Geraldine Burks,    569 Sunnyfield Drive,    Monroeville, PA 15146-1612

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2017 at the address(es) listed below:  
         Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com  
         Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO NATIONAL CITY REAL ESTATE SERVICES, LLC, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE INC., FORMERLY KNOWN AS NATIONAL CITY MORTGAGE CO. bkgroup@kmllawgroup.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         Russell A. Burdelski    on behalf of Debtor Geraldine    Burks atyrusb@choiceonemail.com  
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                        TOTAL: 7