**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Geraldine Burks | ) | BK Case 16-23680-CMB |
| _____Debtor(s)_____ | ) | Chapter 13 |
| Geraldine Burks | ) | |
| Debtor(s), Plaintiff(s) | ) | Hearing date & time 10/25/17 @ 10:00am |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | ) | |
| Defendant,Creditor | ) | Response Deadline 9/29/17 |

**CERTIFICATE OF NO OBJECTION**
**ON THE DEBTOR'S MOTION TO VACATE ORDER TO VOID THE JUDICIAL LIEN OF PORTFOLIO RECOVERY ASSOCIATES, LLC**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the [Application/Motion] filed on 9/08/17_ has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and that no answer, objection or other responsive pleading to the [Application/Motion] appears thereon.  Pursuant to the Notice of Hearing, objections to the [Application/Motion] were to be filed and served no later than ____9/29/17____.

It is hereby respectfully requested that the Order attached to the [Application/Motion] be entered by the Court.

Respectfully submitted,

BURDELSKI LAW OFFICES

DATE__9/30/17                __/s/Russell A. Burdelski, Esquire_____
R. Burdelski, Esquire PA I.D. # 72688
Burdelski Law Offices
1020 Perry Highway
Pittsburgh, PA 15237
(412) 366-1511
atyrusb@choiceonemail.com