**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Geraldine Burks | ) | Chapter 13 |
| Debtor(s) | ) | Case Number 16-23680-CMB |
| | ) | |
| Geraldine Burks, Debtor(s) | ) | |

**CERTIFICATE OF SERVICE OF ORDER GRANTING THE MOTION FOR ORDER VACATING ORDER STRIKING CLAIM 6-1 AS VOID**

I certify under penalty of perjury that I have served a copy of the Debtors Order Granting the Motion for Order Vacating Order Striking claim 6-1 as Void filed with this proceeding on October 3, 2017,

The type of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **FIRST CLASS US MAIL**

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First Class Mail."

Service on the Trustee, Ronda Winnecour, and respondent(s) at (list the names and addresses here):

**PORTFOLIO RECOVERY ASSOCIATES, LLC**
**ATTN: STEVEN FREDERICKSON, CEO**
**130 Corporate Blvd**
**Norfolk, VA 23502**

Executed on October 3, 2017

\_\_\_/s/Russell A. Burdelski, Esquire\_
R. Burdelski, Esquire
Burdelski Law Offices
1020 Perry Highway-
Pittsburgh, PA 15237
(412) 366 - 1511
atyrusb@choiceonemail.com
PA I.D. # 72688

\_\_\_\_\_October 3, 2017_____DATE