UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: **GERALDINE BURKS** ) | Case No. 16-23680-CMB |
| ) | Chapter 13 |
| Debtor, ) | Filed Under Local Rule |
| ) | 9013.4 6(b) |
| Russell A. Burdelski, Esquire ) | RAB-5 |
| Applicant ) | Hearing Date _6/20/18@_10:00am |
| ) | |
| ) | Response Due 5/21/18 |
| No Respondent ) | |
| | Related to Document No. 112 |

# ENTERED BY DEFAULT

ORDER OF COURT

AND NOW, to wit, this __23rd__ day of ___May___, 20 _18_

the **APPLICATION OF RUSSELL A. BURDELSKI, ESQUIRE FOR INTERIM**

**COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE**

**DEBTOR** is approved in the amount of $_1,263.50____, which represents $1,225.00_ in

attorney's fees and $_38.50_____ in costs for the time period of 2/16/18 to 5/03/18.  Debtor's

counsel has already been approved to be paid $8,612.32 to date (*i.e. $1,000.00 retainer and*

*$3,000.00 through the plan and by Order dated 9/27/18 fees of $4612.32 and costs of $137.32*),

and the balance of $1,263.50 remains and shall be paid by the Chapter 13 Trustee to the extent

provided for in the confirmed Chapter 13 Plan.  Thus, the grand total of all fees and costs thus far

are as follows:  $1,000.00 + $3,000.00 + $4,612.32 + $1,263.50 = $9,875.82.

By the Court

_Carlota M. Böhm_ **kmt**

United States Bankruptcy Judge

FILED
5/23/18 4:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-23680-CMB
Geraldine Burks                                                           Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: kthe              Page 1 of 1           Date Rcvd: May 23, 2018
                           Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2018.
db             +Geraldine Burks,    569 Sunnyfield Drive,    Monroeville, PA 15146-1612

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2018                          Signature:   /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2018 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR  IN INTEREST
           TO NATIONAL CITY REAL ESTATE SERVICES, LLC, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE INC.,
           FORMERLY KNOWN AS NATIONAL CITY MORTGAGE CO. bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
          Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR  IN
           INTEREST TO NATIONAL CITY REAL ESTATE SERVICES, LLC, SUCCESSOR BY MERGER TO NATIONAL CITY
           MORTGAGE INC., FORMERLY KNOWN AS NATIONAL CITY MORTGAGE CO. bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Russell A. Burdelski    on behalf of Debtor Geraldine  Burks atyrusb@choiceonemail.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                       TOTAL: 8