Form 410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Geraldine Burks**
  Debtor(s)

Bankruptcy Case No.: 16–23680–CMB

Chapter: 13
Docket No.: 124 – 123
Concil. Conf.: January 24, 2019 at 11:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **December 24, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **January 8, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **January 24, 2019** at **11:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: November 9, 2018                                      Carlota M. Bohm
                                                                          United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                         Case No. 16-23680-CMB
Geraldine Burks                                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe            Page 1 of 2              Date Rcvd: Nov 09, 2018
                              Form ID: 410          Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2018.

```
db             +Geraldine Burks,    569 Sunnyfield Drive,    Monroeville, PA 15146-1612
cr             +Peoples Natural Gas Company LLC,    Attention: Barbara Rodgers,    375 North Shore Drive,
                 Pittsburgh, PA 15212-5866
14310693        ALLEGHENY COUNTY,    C/O JORDAN TAX SERVICE,    P O BOX 200,    Bethel Park, PA 15102-0200
14310695       +BLUMENGARDEN,    c/o NTL RECOVERY,    2491 PAXTON STREET,    Harrisburg, PA 17111-1036
14310699       +CHASE BANK,    PO BOX 15298,    Wilmington, DE 19850-5298
14310702       +CITIFINANCIAL,    605 MUNN ROAD E,    Fort Mill, SC 29715-8421
14358948        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14319145       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14310704        FREDDIE MAC,    8200 JONES BEACH DRIVE,    Mc Lean, VA 22102-3110
14310707        MACYS,    PO BOX 8218,    Monroe, OH 45050
14310708       +MONROEVILLE MUNICIPAL AUTHORITY,    219 SPEELMAN LANE,    Monroeville, PA 15146-3903
14310709       +PEOPLE'S NATURAL GAS,    c/o CREDIT PROTECTION ASSOC.,    13355 NOEL ROAD,    SUITE 2100,
                 Dallas, TX 75240-6837
14298446       +PNC BANK,    C/O KLM LAW GROUP,    701 MARKET ST,    STE 5000,    Philadelphia, PA 19106-1541
14310712        PNC MORTGAGE,    PO BOX 1820,    Dayton, OH 45401-1820
14366482       +PNC Mortgage, a division of PNC Bank, NA,    Attn: Bankruptcy,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
14346938       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14310713       +RADIO SHACK/CBNA,    PO BOX 6497,    Sioux Falls, SD 57117-6497
14364839        UPMC Community Medicine,    PO Box 1123,    Minneapolis, MN 55440-1123
14362521        UPMC East,    PO Box 1123,    Minneapolis, MN 55440-1123
14364840        University of Pittsburgh Physicians,    PO Box 1123,    Minneapolis, MN 55440-1123
14310716       +WOODHAVEN CARE CENTER,    c/o IC SYSTEMS COLLECTIONS,    PO BOX 64378,
                 Saint Paul, MN 55164-0378
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr              E-mail/PDF: rmscedi@recoverycorp.com Nov 10 2018 02:05:16
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
14310694       +E-mail/Text: bknotice@ercbpo.com Nov 10 2018 02:07:23      AT&T,    c/o ENHANCED RECOVERY,
                 PO BOX 57547,    Jacksonville, FL 32241-7547
14310697       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 10 2018 02:06:12      CAPITAL ONE,
                 PO BOX 30253,    Salt Lake City, UT 84130-0253
14310696       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 10 2018 02:06:14      CAPITAL ONE,
                 c/o PORTFOLIO RECOVERY,    120 CORPORATE BLVD.,    Norfolk, VA 23502-4952
14310698       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 10 2018 02:05:11      CAPITAL ONE BANK,
                 PO BOX 30281,    Salt Lake City, UT 84130-0281
14310701       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 10 2018 02:05:45      CITIBANK,
                 c/o PORTFOLIO RECOVERY ASSOC.,    120 CORPORATE BLVD. STE 100,    Norfolk, VA 23502-4952
14310700       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 10 2018 02:05:14      CITIBANK,
                 c/o PORTFOLIO RECOVERY,    120 CORPORATE BLVD.,    Norfolk, VA 23502-4952
14310703       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 10 2018 02:07:00      COMENITY BANK/ NWYRK & CO.,
                 PO BOX 182789,    Columbus, OH 43218-2789
14317393        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 10 2018 02:06:12
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14367718       +E-mail/Text: kburkley@bernsteinlaw.com Nov 10 2018 02:07:41      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14310705       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 10 2018 02:05:44
                 GE CAPITAL RETAIL BANK,    c/o PORTFOLIO RECOVERY,    120 CORPORATE BLVD. SUITE 100,
                 Norfolk, VA 23502-4952
14310706       +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 10 2018 02:06:56      KOHLS DEPARTMENT STORE,
                 PO BOX 3115,    Milwaukee, WI 53201-3115
14298447       +E-mail/Text: fnb.bk@fnfg.com Nov 10 2018 02:07:31      PNC BANK,    300 WEST MAIN STREET,
                 Monongahela, PA 15063-2410
14343570        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 10 2018 02:27:31
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14318738        E-mail/Text: bnc-quantum@quantum3group.com Nov 10 2018 02:07:03
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
14299205        E-mail/PDF: rmscedi@recoverycorp.com Nov 10 2018 02:05:16
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14310714        E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2018 02:06:11      SYNCB/JCPENNEY,    PO BOX 965007,
                 Orlando, FL 32896-5007
14310715       +E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2018 02:05:11      SYNCB/OLD NAVY DC,
                 PO BOX 965005,    Orlando, FL 32896-5005
14310717       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 10 2018 02:05:44
                 WORLD FINANCIAL NETWORK BANK,    C/O PORTFOLIO RECOVERY ASSOC.,    120 CORPORATE BLVD. STE 100,
                 Norfolk, VA 23502-4952
                                                                                              TOTAL: 19
```

```
District/off: 0315-2          User: kthe              Page 2 of 2            Date Rcvd: Nov 09, 2018
                              Form ID: 410            Total Noticed: 40
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              Duquesne Light Company
cr              PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR  IN INTE
14310711*      +PNC BANK,   300 WEST MAIN STREET,   Monongahela, PA 15063-2410
14310710*      +PNC BANK,   C/O KLM LAW GROUP,   701 MARKET ST,   STE 5000,   Philadelphia, PA 19106-1541
                                                                          TOTALS: 3, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2018 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR  IN INTEREST
               TO NATIONAL CITY REAL ESTATE SERVICES, LLC, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE INC.,
               FORMERLY KNOWN AS NATIONAL CITY MORTGAGE CO. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,
               cnoroski@grblaw.com
              Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR  IN
               INTEREST TO NATIONAL CITY REAL ESTATE SERVICES, LLC, SUCCESSOR BY MERGER TO NATIONAL CITY
               MORTGAGE INC., FORMERLY KNOWN AS NATIONAL CITY MORTGAGE CO. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Russell A. Burdelski    on behalf of Debtor Geraldine  Burks atyrusb@choiceonemail.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                          TOTAL: 8
```